In the Matter of the Accounting of CHARLOTTE I. SCHAUB et al., as Executrices of HENRY G. LOCHMULLER, Deceased, Respondents. LILLIAN M. LEETE,

Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.